1  DAVID A. STEINBERG (SBN 130593)
    das@msk.com
2  MARC E. MAYER (SBN 190969)
    mem@msk.com
3  EMILY F. EVITT (SBN 261491)
    efe@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MINDGEEK S.À.R.L., MG PREMIUM LTD, MG CYPRUS LTD, MG CONTENT RK LIMITED, MG CONTENT DP LIMITED, and SBO PICTURES, INC., Plaintiffs, v. WGCZ S.R.O., NKL ASSOCIATES S.R.O., STEPHANE MICHAEL PACAUD, DEBORAH MALORIE PACAUD, and Does 1-10 d/b/a XVIDEOS.COM and XNXX.COM, Defendants. | CASE NO. 2:15-cv-8023  **PLAINTIFFS' CERTIFICATION AS TO INTERESTED PARTIES**  [Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1] |
|---|---|

Mitchell
Silberberg &
Knupp LLP

7164386.1

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff MindGeek S.à.r.l. is a privately held company.
2. Plaintiff MG Premium Ltd is an indirectly wholly owned subsidiary of Plaintiff MindGeek S.à.r.l.
3. Plaintiff MG Cyprus Ltd is an indirectly wholly owned subsidiary of Plaintiff MindGeek S.à.r.l.
4. Plaintiff MG Content RK Limited is an indirectly wholly owned subsidiary of Plaintiff MindGeek S.à.r.l.
5. Plaintiff MG Content DP Limited is an indirectly wholly owned subsidiary of Plaintiff MindGeek S.à.r.l.
6. Plaintiff SBO Pictures, Inc. is a privately held company.

DATED: October 13, 2015

DAVID A. STEINBERG
MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Marc E. Mayer
Attorneys for Plaintiffs

Mitchell Silberberg & Knupp LLP

7164386.1

1