DAVID A. STEINBERG (SBN 130593)
  das@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
EMILY F. EVITT (SBN 261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDGEEK S.À.R.L., MG PREMIUM LTD, MG CYPRUS LTD, MG CONTENT RK LIMITED, MG CONTENT DP LIMITED, and SBO PICTURES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WGCZ S.R.O., NKL ASSOCIATES S.R.O., STEPHANE MICHAEL PACAUD, DEBORAH MALORIE PACAUD, and Does 1-10 d/b/a XVIDEOS.COM and XNXX.COM,<br><br>Defendants. | CASE NO. 2:15-cv-8023<br><br>**RESPONSE TO ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiffs MindGeek S.à.r.l., MG Premium Ltd, MG Cyprus Ltd, MG Content RK Limited, MG Content DP Limited, and SBO Pictures, Inc. ("Plaintiffs") hereby respond to the Court's February 24, 2016 Order to Show Cause Regarding Dismissal for Lack of Prosecution (ECF No. 10) as follows:

## I.     BACKGROUND

On October 13, 2015, Plaintiffs, leading producers and distributors of adult-oriented content, filed their Complaint against Defendants, the owners and operators of a network of adult tube-sites engaged in rampant copyright infringement.  *See* Complaint (ECF No. 1).  Defendants WGCZ S.R.O. (a Czech company), NKL Associates S.R.O. (a Czech company), Stephane Michael Pacaud, Deborah Malorie Pacaud, and Does 1-10 d/b/a XVideos.com and XNXX.com ("Defendants") are all located outside the United States.  Plaintiffs are informed and believe that Defendants WGCZ S.R.O., NKL Associates S.R.O., and Stephane Michael Pacaud are all in the Czech Republic, and that Defendant Deborah Malorie Pacaud is in France.  *See* Complaint ¶¶ 15-18.

Because all of the Defendants are based abroad, Plaintiffs are serving them through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  Promptly after filing the Complaint, Plaintiffs hired a Hague Service vendor and had the Summons and Complaint translated into Czech and French.  On October 26, 2015, Plaintiffs' Hague Service vendor submitted requests for service of the defendants to the central authorities in the Czech Republic and France.  True and correct copies of these requests are attached as Exhibit A.

Plaintiffs' counsel understands that Hague Service in the Czech Republic and France usually is effectuated within four to six months.  Therefore, because the service requests were submitted at the end of October, Plaintiffs expect that the Complaint will be served by approximately the end of April 2016.

Mitchell
Silberberg &
Knupp LLP

7464581.1

1

## II. The Case Should Not Be Dismissed For Failure To Prosecute.

### A. The 120-day deadline for serving a complaint does not apply to service in a foreign country.

At the time Plaintiffs filed the Complaint in this Action, Federal Rule of Civil Procedure 4(m) provided:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. ***This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).***[1]

FRCP 4(m) (emphasis added).

Rule 4(f) governs "Serving an Individual in a Foreign Country," and provides that such service may be accomplished "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents[.]" FRCP 4(f)(1). The same rules govern service on a foreign corporation, which may be served "at a place not within any judicial district of the United States, in any manner prescribed by Rule 4(f) for serving an individual…." FRCP 4(h)(2).

Therefore, under the federal rules, the 120-day deadline for service does not apply in cases, as here, where all of the defendants are located abroad and being served pursuant to the Hague Convention. *See Lucas v. Natoli*, 936 F.2d 432 (9th

---

[1] On December 1, 2015, FRCP 4(m) was amended to shorten the time for service of a complaint to 90 days.

1 Cir. 1991) ("the plain language … makes the 120-day service provision
2 inapplicable to service in a foreign country").

### B. Plaintiffs are working diligently to serve Defendants.

Moreover, even if the exception for service on defendants in foreign countries did not apply, Plaintiffs would be entitled to additional time to serve the Complaint under Rule 4(m), which states that "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *See also Blandford v. Broome County Gov't*, 193 F.R.D. 65, 68, 2000 U.S. Dist. LEXIS 6917, *7-8 (N.D.N.Y 2000) (court must extend the time for service upon a showing of good cause, and even has the discretion to extend the service deadline absent such a showing).

Here, good cause exists because Plaintiffs are working diligently to serve Defendants. Plaintiffs arranged for Hague Service shortly after filing the Complaint, and Plaintiffs' Hague Service vendor promptly submitted requests to the Central Authorities in the Czech Republic and France less than two weeks later. All that is left for Plaintiffs to do is wait for Hague Service to be completed in the Czech Republic and France, and under Rule 4(m) Plaintiffs must be given time to do so.

### III. Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the OSC be discharged, and that Plaintiffs' service deadline be extended to May 2, 2016.

DATED: March 8, 2016

DAVID A. STEINBERG
MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/Emily F. Evitt
   Emily F. Evitt
   Attorneys for Plaintiffs

Mitchell Silberberg & Knupp LLP

7464581.1

3

**RESPONSE TO ORDER TO SHOW CAUSE**
**REGARDING DISMISSAL FOR LACK OF PROSECUTION**

# EXHIBIT A

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE<br>128 10 PRAHA 2<br>VYSEHRADSKA 16<br>CZECH REPUBLIC |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

(identity and address)

**WGCZ S.R.O.**

**PRAHA 1 - NOVE MESTO, KRAKOVSKA 1366/25, PSC 110 00**
**CZECH REPUBLIC**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

**SUMMONS IN A CIVIL ACTION; COMPLAINT WITH SCHEDULE A AND B; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Oct 26 2015

Signature and/or stamp

*Rick Hamilton* (signed)

PFI  PROCESS FORWARDING INTERNATIONAL


TRACKING #: 30239883

USM-94 (Est 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Ex. A Pg. 5

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

(article 5, fourth paragraph)

Name and address of the requesting authority:    **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

**MINDGEEK S.A.R.L., et al.**      vs.    **WGCZ S.R.O., et al.**

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
     Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE<br>128 10 PRAHA 2<br>VYSEHRADSKA 16<br>CZECH REPUBLIC |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
   (identity and address)

**NKL ASSOCIATES S.R.O.**

**PRAHA 1 - NOVE MESTO, KRAKOVSKA 1366/25, PSC 110 00**
**CZECH REPUBLIC**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL ACTION; COMPLAINT WITH SCHEDULE A AND B; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Oct 26 2015

Signature and/or stamp

*Rick Hamilton* (signature)

**PFI** PROCESS FORWARDING INTERNATIONAL



TRACKING #: 30239884

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Ex. A Pg. 7

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

(article 5, fourth paragraph)

Name and address of the requesting authority:    Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
MINDGEEK S.A.R.L., et al.      vs.    WGCZ S.R.O., et al.

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
     Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE<br>128 10 PRAHA 2<br>VYSEHRADSKA 16<br>CZECH REPUBLIC |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
    (identity and address)

**STEPHANE MICHAEL PACAUD**

**PRAHA 1 - NOVE MESTO, KRAKOVSKA 1366/25, PSC 110 00**
**CZECH REPUBLIC**

DOB:            Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:

**SUMMONS IN A CIVIL ACTION; COMPLAINT WITH SCHEDULE A AND B; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Oct 26 2015

Signature and/or stamp

*[signature: Rick Hamilton]*

**PFI** | PROCESS FORWARDING INTERNATIONAL



TRACKING #: 30239885

USM-94 (Est 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Ex. A Pg. 9

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:   Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
   MINDGEEK S.A.R.L., et al.   vs.   WGCZ S.R.O., et al.

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
   Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

Ex. A Pg. 10

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTERE DE LA JUSTICE<br>BUREAU DE L'ENTRAIDE JUDICIAIRE<br>INTERNATIONALE D4<br>13 PLACE VENDOME<br>75042 PARIS (1ER)   CEDEX 1 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**DEBORAH MALORIE PACAUD**
**VILLEFRANCHE SUR SAONE**
**37B AVENUE DE LA PLAGE**
**PENICHE PERLE NOIRE**
**FRANCE**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____
☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
SUMMONS IN A CIVIL ACTION; COMPLAINT WITH SCHEDULE A AND B; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)

Done at Seattle, Washington USA, on Oct 26 2015

Signature and/or stamp

*[signature]*

PFI | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 30239886

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Ex. A Pg. 11

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
MINDGEEK S.A.R.L., et al.         vs.    WGCZ S.R.O., et al.

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a