1  DAVID A. STEINBERG (SBN 130593)
    das@msk.com
2  MARC E. MAYER (SBN 190969)
    mem@msk.com
3  EMILY F. EVITT (SBN 261491)
    efe@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA  90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:   (310) 312-3100

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MINDGEEK S.À.R.L., MG PREMIUM LTD, MG CYPRUS LTD, MG CONTENT RK LIMITED, MG CONTENT DP LIMITED, and SBO PICTURES, INC., | CASE NO. 2:15-cv-08023-AB-AFM |
|---|---|
| Plaintiffs, | The Honorable André Birotte Jr. |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| WGCZ S.R.O., NKL ASSOCIATES S.R.O., STEPHANE MICHAEL PACAUD, DEBORAH MALORIE PACAUD, and Does 1-10 d/b/a XVIDEOS.COM and XNXX.COM, | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

7877731.1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs MindGeek S.à.r.l., MG Premium Ltd, MG Cyprus Ltd, MG Content RK Limited, MG Content DP Limited, and SBO Pictures, Inc. hereby dismiss this action, and all claims asserted therein, with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: September 16, 2016

DAVID A. STEINBERG
MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/Marc E. Mayer
    Marc E. Mayer
    Attorneys for Plaintiffs

Mitchell Silberberg & Knupp LLP

7877731.1

1